1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Christopher T. Heffelfinger (118058)
   cheffelfinger@bermanesq.com
3  Lesley A. Hale (237726)
   lhale@bermanesq.com
4  **BERMAN DeVALERIO PEASE TABACCO BURT& PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA  94104
6  Telephone: (415) 433-3200
   Facsimile:  (415) 433-6382
7
   Manuel J. Dominguez
8  mdominguez@bermanesq.com
   **BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
9
   222 Lakeview Avenue, Suite 900
10 West Palm Beach, FL  33401
   Telephone: (561) 835-9400
11 Facsimile:  (561) 835-0322

12 **Attorneys for Plaintiff and the Class**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION AND SURCHARGE ANTITRUST LITIGATION | Master File No. M 06-1793 CRB<br>MDL No. 1793<br>[PROPOSED] ORDER RELATING CASES |
| This document relates to:<br>    ALL ACTIONS. | |

[M 06-1793 CRB] [PROPOSED] ORDER RELATING CASES

On October 3, 2007, Plaintiff Jason Kim filed an Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11. The time for filing an opposition or statement of support has passed. The Court, having considered the papers and pleadings on file, and good cause appearing, hereby GRANTS Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related, and ORDERS that *Jason Kim v. Korean Air Lines Co., Ltd., et al.*, Case No. C-07-05093-MEJ, relates to *In re International Air Transportation and Surcharge Antitrust Litigation*, MDL No. 1793 (Master File No. M 06-CV-1793 CRB) and shall be transferred to this courtroom pursuant to Civ. L. R. 3-12 for further proceedings.

**IT IS SO ORDERED.**

Dated: October 12, 2007



The Honorable Charles R. Breyer
United States District Judge