**FILED**

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

APR 0 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 12, 2008

U.S. District Court
Central District of California (Western Division)
312 North Spring Street, Room G-8
Los Angeles, CA 90012

RE: CV 07-05093 CRB   JASON KIM -v- KOREAN AIR LINES CO.
   **MDL 1891   Your case no. CV 08-640 SJO ~~(MANx)~~**
   (AGRx)

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

  ☒ Certified copy of docket entries.

  ☒ Certified copy of Transferral Order.

  ☒ Original case file documents.

  ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

       Sincerely,
       RICHARD W. WIEKING, Clerk

       by: Maria Loo
       Case Systems Administrator

Enclosures
Copies to counsel of record



RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 3 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY NATALIE LONGORIA DEPUTY